AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District Of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 0971 3:19CR00689-001 RS |
| | ) | |
| | ) | |
| | ) | |
| Aaron Servellon | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Aaron Servellon                    ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint

❏ Probation Violation Petition     ☑ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 3583: Supervised Release Violation

Date:     02/01/2022

*Issuing officer's signature*

City and state:     San Francisco,  CA

Sheila Rash, Deputy Clerk

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Aaron Servellon

Known aliases: Emanuel Aarion Tores-Servellon; Enmanuel Torr Torres-Servellon

Last known residence: Unknown

Prior addresses to which defendant/offender may still have ties: Unknown

Last known employment: Unknown

Last known telephone numbers: Unknown

Place of birth: Honduras

Date of birth: 11/21/1999

Social Security number: N/A

Height: 5 ' 4          Weight: 120

Sex: Male          Race: White

Hair: Black          Eyes: Brown

Scars, tattoos, other distinguishing marks: Unknown

History of violence, weapons, drug use: Possession with Intent to Distribute Fentanyl

Known family, friends, and other associates *(name, relation, address, phone number)*: Agua Caliente;
Yolibeth Cruz-Aguilera (age 20, Oakland, girlfriend)

FBI number: 2CMLHJ066

Complete description of auto: Unknown

Investigative agency and address: San Franciaco Police Department

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Joseph Milliken U.S. Probation Officer (415) 436-7588

Date of last contact with pretrial services or probation officer *(if applicable)*: Client failed to report upon his release from
custody.